**CRYPTO.COM APP U.S. TERMS & CONDITIONS**

**Last Update:  August 31, 2022.**

**PLEASE MAKE SURE YOU FULLY READ AND UNDERSTAND THESE TERMS AND KEEP THEM FOR FUTURE REFERENCE. THESE TERMS INCLUDE A WAIVER OF YOUR RIGHT TO PARTICIPATE IN CLASS OR REPRESENTATIVE ACTIONS AND AN AGREEMENT TO RESOLVE DISPUTES BY ARBITRATION ON AN INDIVIDUAL BASIS.  PLEASE REFER TO CLAUSE 16 FOR ADDITIONAL DETAILS.**

**1    Introduction.**

**1.1**    The Crypto.com App Services (described below) are provided to you by Foris DAX, Inc., a Delaware corporation and registered money services business (together with its Affiliates "**Crypto.com**"), and/or the relevant Affiliate(s) providing services in your area for the particular service or services you access. These Terms supersede and override all prior terms and conditions and agreements pertaining to your use of the Crypto.com App Services; provided, however, that these Terms do not change the identity of the Crypto.com entity or entities that provide(s) services to you.

**1.2**    These terms and conditions ("**Terms**" or "**T&Cs**"), together with any attached country annexes, product schedules, and/or Addenda (together "**Annexes**") (if any), each of which Annexes may be updated from time to time independently of these T&Cs, will apply to your use of the Crypto.com App Services.  Please take the time to read and understand these Terms before using our services so that you are aware of your legal rights and obligations.  In the event of any conflict or inconsistency between these Terms and any Annex, including, but not limited to, provisions related to governing law and forum, arbitration, class waivers, and dispute resolution, these Terms shall prevail and control, except where an Annex expressly overrides these Terms with specific reference to this Clause 1.2.

**1.3**    We reserve the right to change or modify any of the terms and conditions contained in the Terms or any policy governing the use of Crypto.com App Services at any time and in our sole discretion.  Any changes or modifications will be effective immediately upon posting of the revisions, and you waive any right you may have to receive specific notice of such changes or modifications.  Your continued use of the Crypto.com App Services following the posting of changes or modifications will confirm your acceptance of such changes or modifications.

**1.4**    By using the Crypto.com App Services and/or completing the sign-up process, you are entering into a binding contract with us and shall be deemed to have expressly read, understood and agreed to be bound by these Terms.

**1.5**    **Definitions and Interpretation.** In these Terms:

"**Applicable Law**" means any law, rule, statute, subordinate legislation, regulation, by-law, order, ordinance, protocol, code, guideline, treaty, policy, notice, direction or judicial, arbitral, administrative, ministerial or departmental judgment, award, decree, treaty, directive, or other requirement or guideline published or in force at any time which applies to or is otherwise

intended to govern or regulate any person (including all parties to these Terms), property, transaction, activity, event or other matter, including any rule, order, judgment, directive or other requirement or guideline issued by any governmental or regulatory authority;

"**Affiliate**" means a person, entity or company directly or indirectly, controlling, controlled by or under direct or indirect common control with another person, entity or company;

"**Annex**" or **"Annexes"** shall have the meaning ascribed to the term in Clause 1.2;

"**Clause**" means each numbered provision or section of these T&Cs;

"**Customer Data**" shall have the meaning ascribed to it in Clause 11.2;

"**CRO**" means the utility token that is the native token of the Cronos Chain, represented by the ticker symbol CRO as of the date hereof;

"**Crypto.com App**" means the mobile application software developed, owned and released by Crypto.com and available for download for Android or Apple iOS, including all content and services listed in Clause 2.1 and made available on or through the same, and any and all updates, upgrades, supplements, releases and versions thereof;

"**Crypto.com App Services**" or "**Services**" refers to the Service Content and all related features, services, content and applications, described in Clause 2.1, which Crypto.com may make available to you on the Crypto.com App and Site from time to time in respect of your Digital Assets. The Crypto.com App Services shall specifically comprise the services set forth in Clause 2.1.

"**Crypto.com Pay**" shall have the meaning ascribed to the term in Addendum 5;

"**CSCs**" means the stable coins offered by Crypto.com for use on the Crypto.com App;

"**Digital Asset**" **or "DA"** means cryptographic tokens, digital currencies, cryptocurrencies or virtual currencies, or digital assets of any types that have been approved by Crypto.com for support in the Digital Asset Wallet;

"**Digital Asset Conversion**" shall have the meaning ascribed to the term in Clause 2.4;

"**Digital Asset Transfer**" shall have the meaning ascribed to the term in Clause 2.5;

"**Digital Asset Wallet**" means any and each hosted Digital Asset wallet provided by Crypto.com, as may be offered through the Crypto.com App Services from time to time, either upon opening an account or thereafter;

**"Eligible Card"** means any payment card that is accepted by Crypto.com as a means of payment for Fiat to DA Conversion;

"**Enabled Device**" means each communications, computing, or other device or account registered by you or otherwise used by you, regardless of whether you own such device, for use

2

in connection with the Crypto.com App and Crypto.com App Services, including but not limited to your computer, mobile phone, email account, and phone number;

"**Erroneous Top-up Instruction(s)**" shall have the meaning ascribed to the term in Addendum 1;

"**Erroneous Withdrawal Instruction(s)**" shall have the meaning ascribed to the term in of Addendum 1;

"**FAA**" shall have the meaning ascribed to the term in Clause 16.5;

"**Fees**" means all fees imposed by us for the use of the Crypto.com App Services and/or Digital Asset Wallet;

"**Fiat**" means a government-issued currency that is not backed by a physical commodity for the purposes of these Terms, the United States Dollar (USD);

"**Fiat Wallet Terms**" shall have the meaning ascribed to the term in Addendum 1;

"**Fiat to Digital Asset Conversion**" or "**Fiat to DA Conversion**" shall have the meaning ascribed to the term in Clause 2.3;

"**Fiat Top-up**" shall have the meaning ascribed to the term in Addendum 1;

"**Fiat Top-up Fees**" shall have the meaning ascribed to the term in Addendum 1;

"**Fiat Wallet**" means one of the wallets in the Crypto.com App which holds fiat funds topped-up through bank transfer in accordance with Addendum 1;

"**Fiat Withdrawal**" shall have the meaning given to it in Addendum 1;

"**Fiat Withdrawal Fees**" shall have the meaning given to it in Addendum 1;

"**Force Majeure Event**" means an event or failure which is beyond our reasonable control including, without limitation, (i) acts of God, nature (including without limitation, natural disasters, epidemics and pandemics), court or domestic or foreign governmental authorities; (ii) failure or interruption in public or private telecommunication networks, communication channels or information systems; (iii) acts or omissions of acts of a party for whom we are not responsible; (iv) delay, failure or interruption in, or unavailability of, third party services and sites; (v) strikes, lockouts, labor disputes, wars, civil unrest, terrorist acts and riots; (vi) viruses, malwares, other malicious computer codes or the hacking of any part of the Crypto.com App Services;

"**Fork**" means changes in operating rules of the underlying protocols of a Digital Asset that may result in: (a) more than one version of that Digital Asset; (b) material changes in the value, function, and/or the name of a Digital Asset; and/or (c) Crypto.com holding an amount (which may be an identical amount) of Digital Assets associated with each forked network, in each case as determined by us in our sole discretion.

"**Forked Network**" shall have the meaning ascribed to the term in Clause 4.3.1.1;

"**Gift Card**" shall have the meaning ascribed to the term in Addendum 6;

"**Gift Card Issuer**" shall have the meaning ascribed to the term in Addendum 6;

"**Gift Card Provider**" shall have the meaning ascribed to the term in Addendum 6;

"**Gift Card Redemption Instructions**" shall have the meaning ascribed to the term in  Addendum 6;

"**Instructions**" means all information, instructions, communications, orders or messages (including those relating to payments, transfers or other transactions) referable to you;

"**JAMS Rules**" shall have the meaning ascribed to the term in Clause 16.4;

"**New Forked Asset**" shall have the meaning ascribed to the term in Clause 4.3.1.1;

"**Notice**" shall have the meaning ascribed to the term in Clause 16.4;

"**Pay Airtime**" shall have the meaning ascribed to the term in Addendum 7;

"**Pay Airtime Redemption Instructions**" shall have the meaning ascribed to the term in Addendum 7;

"**Pay Rewards**" shall have the meaning ascribed to the term in Addendum 5;

"**Payment Service Partners**" shall have the meaning given to it in Addendum 1;

"**Permitted Bank Account**" shall have the meaning given to it in Addendum 1;

"**Personal Data**" means any information relating to an identified or identifiable natural person; an identifiable natural person is one who can be identified, directly or indirectly, in particular by reference to an identifier such as a name, an identification number, location data, an online identifier or to one or more factors specific to the physical, physiological, genetic, mental, economic, cultural or social identity of that natural person;

"**Prior Asset**" shall have the meaning ascribed to the term in Clause 4.3.1.1

"**Privacy Notice**" shall have the meaning ascribed to the term in Clause 7.5.1;

"**Service Content**" means data, information, materials, advertisements, text, audio, video, graphics, software and other content on the Site and Crypto.com App;

"**Site**" means the website at www.crypto.com/us/ and all related components;

"**Stake**" or "**Staking**" means the holding of any Digital Assets in your account for an agreed period of time;

"**Taxes**" means any taxes, duties or fees that incurred, required to be collected, paid or withheld for any reason in connection with your use of the Services under any Applicable Law;

"**Terms**" or "**Terms and Conditions**" or "**T&Cs**" shall have the meaning ascribed to the term in Clause 1.2;

"**Third-Party Digital Wallet Application**" means any digital wallet mobile application that allows users to store Eligible Card information on, and make payments with, an eligible mobile device;

"**Trademarks**" shall have the meaning ascribed to the term in Clause 11.1.1);

"**Transaction**" shall have the meaning ascribed to the term in Clause 10.1;

"**Transaction History**" means records of all transactions and any details relevant to such transactions on your Digital Asset Wallet or the Crypto.com App or Site generally;

"**Unsupported Forked Network**" shall have the meaning ascribed to the term in Clause 4.3.1.1;

"**we/us/our**" means Crypto.com;

"**Withdrawal Bank Account**" shall have the meaning given to it in Addendum 1; and

"**you/your**" means, the individual who is the user of the Services.

**2   Services.**

The Crypto.com App is the interface that allows you to use and interact with the Crypto.com App Services. The Crypto.com App Services include the services set forth in this Clause 2. Some of these services may not be available to you depending on your jurisdiction or for other reasons. Without limiting anything in these Terms, to the extent that you choose to use those services that are available to you, you agree to be bound by the terms specifically applicable to such services as set forth in the applicable Addenda.

The Crypto.com App Services shall specifically comprise the following services:

**2.1**   Hosted Digital Asset Wallets provided by Crypto.com that allow you to top-up Digital Assets from external wallets and store Digital Assets with Crypto.com;

**2.2**   Fiat Wallet which allows you to hold fiat currency, which can be used to purchase Digital Assets, and fiat proceeds from the sale of Digital Assets; make deposits and withdrawals of fiat currency; withdraw and/or deposit funds to/from affiliated trading accounts; among other features. Terms specific to the Fiat Wallet are more fully set forth in "Addendum 1" and references therein;

**2.3**   A fiat currency to Digital Asset conversion service under which you may convert fiat currency into any type of Digital Asset to be held in your Digital Asset Wallet ("**Fiat to DA Conversion**");

**2.4**   A Digital Asset conversion service under which you may convert a Digital Asset into another Digital Asset ("**Digital Asset Conversion**");

**2.5**   A Digital Asset transfer service under which you may transfer any Digital Asset to another recipient, which may be the Digital Asset Wallet of another user of the Crypto.com App Services or an external recipient ("**Digital Asset Transfer**"). Terms specific to top-ups to Digital Asset Wallet, Fiat to DA Conversion and Digital Asset Transfer are more fully set forth in "Addendum 2" and any references therein;

**2.6**   Any incentive program(s) (including but not limited to any kind of reward, cashback, Staking or referral programs) that may be launched or offered via the Crypto.com App or the Site from time to time. The Crypto.com Rewards Program and Missions allow users who undertake certain activities within the Crypto.com App to get rewarded with virtual incentives. Users may redeem those virtual incentives for opportunities and incentives that may be available from time to time. Terms specific to the Rewards Program and Missions are more fully set forth in "Addendum 3" and references therein;

**2.7**   Crypto Earn which allows you to earn rewards if you Stake certain Digital Assets with us. The applicable rewards, as amended and/or available from time to time, depend on the type of Digital Asset Staked and the duration of the Stake. Terms specific to Crypto Earn are more fully set forth in "Addendum 4" and references therein;

**2.8**   Crypto.com Pay which allows you to make peer-to-peer payments of supported Digital Assets to other active Crypto.com App users and, in some instances, to registered merchants. Terms specific to Crypto.com Pay are more fully set forth in "Addendum 5";

**2.9**   Purchase and use of Gift Cards; Crypto.com partners with Gift Card Providers to offer Gift Cards that may be purchased using the Crypto.com App. Terms specific to Gift Cards are more fully set forth in "Addendum 6" and references therein;

**2.10**   Purchase and use of Pay Airtime; Pay Airtime allows you to top up a prepaid phone account from certain approved carriers in your region by purchasing mobile airtime with certain Digital Assets. Terms specific to Pay Airtime are more fully set forth in "Addendum 6" and references therein; and

**2.11**   Any other products or services listed in the Annexes (if any) or shown on the Crypto.com App or our official communication channel from time to time.

**3   The Crypto.com App.**

**3.1   Description of the Crypto.com App.**

The Crypto.com App gives you interactive access to your Digital Asset Wallet, including allowing you to perform one or more of the following actions:

**3.1.1**   view the balance and Transaction History of your Digital Asset Wallet;

**3.1.2**   obtain instructions on how to load your Digital Asset Wallet;

**3.1.3**   request for a Digital Asset Transfer from your balance held in your Digital Asset Wallet;

**3.1.4**   request a Digital Asset Conversion; and

**3.1.5**   request a Fiat to DA Conversion.

**3.2     Grant of License to Use the Crypto.com App.**

Subject to your continuing compliance with these Terms, we grant to you a limited, revocable, non-transferable, non-sublicensable, non-exclusive license to use the Crypto.com App and access the Crypto.com App Services insofar as owned by or licensed through us on your Enabled Device and only for your own purposes, on and subject to these Terms.  All other rights not expressly granted to you are reserved.  Some software components used in the Crypto.com App may be offered under an open source or other license as we may notify to you, in which case your use of those components of the Crypto.com App shall be governed by such license terms to the extent only of any inconsistency between these Terms and those license terms.

You acknowledge and agree that your use of the Crypto.com App Services is at all times subject to and conditional upon your continued compliance with these Terms and all other applicable terms, and any failure to comply with these Terms and such other terms automatically results in the revocation of all licenses granted hereby.

**3.3     Reservation of Rights.**

**3.3.1**   We reserve the right, and without incurring any liability to you, to:

**3.3.1.1**     update, change, remove, cancel, suspend, disable or restrict access to or discontinue the Crypto.com App Services or change any features, component or content thereof;

**3.3.1.2**     decline, suspend, cancel, reverse, void or partially execute any Fiat to DA Conversion, Digital Asset Conversion or Digital Asset Transfer Instruction; and

**3.3.1.3**     reverse, cancel, claw back, change any terms or refuse to honor any reward, bonus or pay-out for any incentive programs regardless of your entitlement.

**3.3.2**   We reserve the right to suspend, restrict, and/or terminate your access to any or all of our Services and to deactivate your account, including without limitation:

**3.3.2.1**     where it is our reasonable opinion that we are required to do so by Applicable Law or any court or other adjudicating authority to which we are subject in any jurisdiction;

**3.3.2.2**     upon reasonable suspicion that you may be in breach of these Terms or otherwise trying to circumvent these Terms or abusing any of our incentive schemes;

**3.3.2.3**     upon reasonable suspicion that a transaction is fraudulent or erroneous;

**3.3.2.4**     upon reasonable suspicion that your account has been compromised or the Services are being used in a fraudulent or unauthorized manner;

**3.3.2.5**     upon reasonable suspicion of money laundering, terrorist financing, fraud or any other financial crime; upon reasonable suspicion that you are conducting any fraudulent or illegal activities, including but not limited to any Ponzi scheme, pyramid scheme, phishing or dark-net transactions;

**3.3.2.6**     where any of your Digital Asset Wallets and/or Fiat Wallet or you are subject to pending litigation, investigation, or government proceedings, including litigation that is brought or threatened against Crypto.com; and

**3.3.2.7**     for any other reason which we reasonably deem it is appropriate to do so.

3.3.3    In the event that we decide to suspend, restrict or terminate your access to our Services in accordance with the provisions of this Clause 3, we will (to the extent that it is not unlawful for us to do so) provide you with notice of such termination of Services. Suspensions, restrictions, or terminations from the use of our Services will be reversed only as soon as practicable once the reasons for refusal no longer exist as determined in our sole discretion. We are under no obligation to execute any suspended, reversed, or terminated transactions at the same price or on the same terms. Where not otherwise prohibited by law, upon notice that we have decided to terminate your access to the Services, we will provide you with 30 days within which you must transfer, or instruct us to transfer on your behalf, any remaining Digital Assets or Fiat out of the Crypto.com App. Should you fail to transfer, or instruct us to transfer, any such remaining Digital Assets or Fiat within the 30-day period, we reserve the right to liquidate any Digital Assets and return to you any outstanding Fiat via a check to your last known mailing address.

3.3.4    The actions we may take under Clause 3.3.1 may apply to all, or any specific group(s), or any individual user(s) of the Crypto.com App Services. We do not guarantee that any specific content, component and/or feature will always be available on the Crypto.com App Services and reserve the right to cease any Crypto.com App Services at our sole discretion without notice to you.

## 4    Considerations When Using Our Services.

You understand, accept, and agree to assume all of the various risks involved in using, holding, trading, delivering, transacting, and transferring Digital Assets and the use of Crypto.com App Services, including all of the risks set forth in this Clause 4.

### 4.1    General Risks.

4.1.1    All transactions involving Digital Assets involve certain risks. In this regard, once submitted to a blockchain network, such a transaction will be unconfirmed for a period of time pending sufficient confirmation of the transaction by the blockchain network. A transaction is not complete while it is in a pending state. Any Digital Asset transfers to and from external wallet addresses that are in a pending state will be designated accordingly, and the relevant Digital Asset will not be included in your Digital Asset Wallet or be available to conduct transactions.

4.1.2    The risk of loss in holding Digital Assets can be substantial. You should, accordingly, carefully consider whether holding Digital Assets is suitable for you in light of your financial situation and risk tolerance. In considering whether to hold Digital Assets, you should be aware that the price or value of Digital Assets can change rapidly, decrease, and potentially even fall to zero. Past performance is not an indicator of future performance. If you use any Crypto.com App Services which allow you and/or third parties to access and hold Digital Asset private keys, you acknowledge that we are not responsible for safeguarding such keys and that we are not responsible for any loss of Digital Assets resulting from theft, loss, or mishandling of Digital Asset private keys outside our control. We are not responsible for the market of Digital Assets, and we make no representations or warranties concerning the real or perceived value of Digital Assets as denominated in any quoted currency. Although we may provide historical and/or real- time data regarding

the price of Digital Assets, including graphs displayed within the Crypto.com App showing the price fluctuations of Digital Assets, such data or graphs are for reference only. We make no representations regarding the quality, suitability, veracity, usefulness, accuracy, or completeness of such data or graphs, and you should not rely on such data or graphs for any reason whatsoever. You understand and acknowledge that the value of Digital Assets can be volatile, and you agree that we are not in any way responsible or liable for any losses you may incur by holding or trading Digital Assets, even if the Crypto.com App Services were delayed, suspended, or interrupted for any reason.

4.1.3    Neither your Digital Asset Wallet nor Fiat Wallet is a depository account. Funds stored in your Digital Asset Wallet and Fiat Wallet do not earn any interest and are not protected by any government-backed depositor compensation, insurance or guarantee scheme, unless otherwise expressly stated.

**4.2    Digital Asset Volatility Risks.**

4.2.1    The price of crypto assets and crypto asset markets have historically been subject to significant volatility. The price and trading volume of any crypto asset is subject to significant uncertainty and volatility, depending on a number of factors, including but not limited to market conditions and sentiment, changes in liquidity, Forks, the activities of other market participants, general economic environment, public perception, technical and technological constraints, and regulation.

4.2.2    There is no assurance that any supported Digital Asset will maintain its value or that there will be meaningful levels of trading activities.

**4.3    Technology and Security Risks.**

**4.3.1    Forked Networks.**

4.3.1.1    You agree and understand that the underlying protocols of the Digital Assets' networks are subject to Forks which may result in more than one version of such a network (each a "**Forked Network**").  If a Fork occurs, it may result in the creation of a new Digital Asset (the "**New Forked Asset**") related to an existing Digital Asset (the "**Prior Asset**"). You further agree and understand that Forks may materially affect the value, function, and/or name of the Prior Assets and other Digital Assets you hold on the Crypto.com App and that the New Forked Asset may have minimal or no value. In the event of a Fork, Crypto.com may temporarily suspend any Crypto.com App Services (with or without advance notice to you) and we may determine, in our sole discretion, whether or not to support the Forked Network(s). In the event that Crypto.com decides not to support any such Forked Network ("**Unsupported Forked Network**"), the Digital Assets offered by such Unsupported Forked Network will not be made available to you. Notwithstanding the foregoing, we may, in our sole discretion and subject to Applicable Law, obtain and retain the Digital Assets offered by such Unsupported Forked Network as property belonging solely to Crypto.com. You acknowledge the risks presented by Forks and hereby accept that we have no responsibility for any losses or damage

arising as a result of an Unsupported Forked Network. You understand, acknowledge and agree that you have no right, claim, or interest in, or with respect to, any New Forked Asset. If we do not support a New Forked Asset, you may not be able to withdraw or otherwise use or access the New Forked Asset promptly or at all, and you may lose any value associated with such New Forked Asset. If we determine not to support a New Forked Asset, we may, in our sole discretion, obtain and retain the New Forked Asset as property belonging to us.

**4.3.1.2**  WE HAVE NO CONTROL OVER, NOR DO WE HAVE THE ABILITY TO INFLUENCE, THE CREATION OR IMPLEMENTATION OF A FORK OR OF ANY NEW FORKED ASSET. WE CAN PROVIDE NO ASSURANCES ABOUT THE SECURITY, FUNCTIONALITY OR SUPPLY OF ANY DIGITAL ASSET, INCLUDING BOTH THE NEW FORKED ASSET AND THE PRIOR ASSET. YOU UNDERSTAND, ACKNOWLEDGE AND AGREE THAT WE ASSUME NO LIABILITY RELATING TO ANY CHANGE IN THE VALUE OF ANY DIGITAL ASSET (WHETHER OR NOT RESULTING FROM A FORK). YOU UNDERSTAND, ACKNOWLEDGE AND AGREE THAT A FORK COULD CONSTITUTE A FORCE MAJEURE EVENT BEYOND OUR REASONABLE CONTROL, WHICH COULD AFFECT THE VALUE OF YOUR DIGITAL ASSETS, AND THAT CRYPTO.COM DOES NOT ASSUME ANY LIABILITY FOR LOSSES RESULTING FROM SUCH EVENTS.

**4.3.2**  **Other Technology and Security Risks.**

**4.3.2.1**  A significant disruption in Crypto.com's products or services, in Crypto.com's information technology systems (including a system failure, outage, or interruption, both as to Crypto.com or a third-party network), or in any of the blockchain networks that Crypto.com supports, could affect your user experience and/or ability to access your account.

**4.3.2.2**  Digital Assets built on blockchain technology were only introduced in 2008 and remain in the early stages of development. In addition, different Digital Assets are designed for different purposes. The further growth and development of any Digital Assets and their underlying networks is subject to a variety of factors that are difficult to evaluate.

**4.3.2.3**  There is risk of loss of Digital Assets in the event of disruptions, hacks, forks (i.e., a split in the underlying network(s), as described more fully below), and significant attacks such as a double spend or 51% attack. You acknowledge and understand that there is risk associated with third-party cyberattacks and security breaches, as well as breaches of privacy.

**4.3.2.4**  **You acknowledge that you and your Digital Assets may be subject to scams and other types of fraud perpetrated by third parties outside of our control**. It is your responsibility to beware and protect yourself against such fraud. There is a risk of loss of your Digital Assets and other assets in the event you are subject to such fraud.

4.3.2.5    All blockchain transactions include data, and in some circumstances, may include personal data about you. Many blockchain technologies store transaction data publicly and permanently. When you use such technology, you are intentionally making that transaction data public and acknowledge that the data cannot be deleted, removed, or reversed due to the nature of blockchain technology.

**4.4    Regulatory Risks.**

4.4.1    We are subject to an extensive and highly-evolving regulatory landscape, and any changes to any laws and regulations could adversely impact our ability to offer, and your use of and access to, the Crypto.com App Services in your jurisdiction.  Further, such changes could also impact your legal obligations with respect to your use of the Crypto.com App Services.

4.4.2    In addition to existing laws and regulations, various governmental and regulatory bodies in the United States and in other countries may adopt new laws and regulations.  The extent, scope, and effect of such new laws and regulations are difficult to predict.

**4.5    Third-Party and Operational Risks.**

4.5.1    We currently rely on third-party service providers for certain aspects of our operations, including payment processors, banks, and payment gateways to process transactions; cloud computing services and data centers that provide facilities, infrastructure, website functionality and access, components, and services, including databases and data center facilities and cloud computing; as well as third parties that provide certain outsourced services and functions, all of which are critical to our operations.  Because we rely on third parties to provide these services and to facilitate certain of our business activities, we face increased operational risks.  Any interruptions in services provided by these third parties may impair our ability to support our customers and offer (or maintain) Crypto.com App Services.

4.5.2    We do not directly manage the operation of any of the third-party service providers we use, including their data center facilities that we use. These third parties may be subject to financial, legal, regulatory, and labor issues, cybersecurity incidents, break-ins, computer viruses, denial-of-service attacks, sabotage, acts of vandalism, privacy breaches, service terminations, disruptions, interruptions, and other misconduct. They are also vulnerable to damage or interruption from human error, power loss, telecommunications failures, fires, floods, earthquakes, hurricanes, tornadoes, pandemics (including the COVID-19 pandemic) and similar events. For example, on February 24, 2021, the U.S. Federal Reserve's payments network experienced an outage, which had the potential to result in reduced functionality for certain of our products. In addition, these third parties may breach their agreements with us, disagree with our interpretation of contract terms or applicable laws and regulations, refuse to continue or renew these agreements on commercially reasonable terms or at all, fail or refuse to process transactions or provide other services adequately, take actions that degrade the functionality of our services, impose additional costs or requirements on us or our customers, or give preferential treatment to competitors.

4.5.3    There can be no assurance that third parties that provide services to us or to our customers on our behalf will continue to do so on acceptable terms, or at all. If any third parties do not adequately or appropriately provide their services or perform their responsibilities to us or our customers on our behalf, such as if third-party service providers to close their data center facilities without adequate notice, are unable to restore operations and data, fail to perform as expected, or experience other unanticipated problems, we may be unable to procure alternatives in a timely and efficient manner and on acceptable terms, or at all, and our ability to offer (or maintain) Crypto.com App Services may be adversely affected.

4.5.4    We rely on banks and other payment processors to process customers' payments in connection with the purchase of Digital Assets on our platform and we pay these providers fees for their services. From time to time, payment networks have increased, and may increase in the future, the interchange fees and assessments that they charge for transactions that use their networks. Payment networks have imposed, and may impose in the future, special fees on the purchase of Digital Assets, including on our platform, and we may be forced to pass such increases along to our customers.

## 5    User Acknowledgements, Representations, Warranties, Covenants – General.

By signing up to use the Crypto.com App Services, you acknowledge, represent, and warrant, in each case as applicable, each of the items contained in this Clause 5 and all of its subsections.

### 5.1    Acknowledgement and Assumption of Risks.

You represent and warrant that you have received a copy of, have carefully read, understand, accept, and agree to assume all of the various risks involved in using, holding, trading, delivering, transacting, and transferring Digital Assets and the use of Crypto.com App Services, including but not limited to the risks specifically set forth in Clause 4.  You agree that Crypto.com shall not be liable to you for any loss, damage, expense, or liability that may relate to any of the risks specifically set forth in Clause 4.  Further, you represent that you are able to bear any financial or other loss associated with or that may otherwise relate to your use of Crypto.com App Services.

### 5.2    Non-Reliance.

5.2.1    You represent that you are not relying on (and will not at any time rely on) any communication (written or oral) of Crypto.com as advice or as a recommendation to engage in any transaction involving Digital Assets.  Further, you confirm that Crypto.com has not (a) given any guarantee or representation as to the potential success, return, effect, or benefit (either legal, regulatory, tax, financial, accounting, or otherwise) of transacting in Digital Assets or (b) made any representation to you regarding the legality of transacting in Digital Assets under Applicable Laws.  In deciding to use Crypto.com App Services to transact in Digital Assets, you are not relying on the advice or recommendations of Crypto.com, and you have made your own independent decision that using Crypto.com App Services and transacting in Digital Assets are suitable and appropriate for you.

**5.2.2**   We do not provide investment advice, and any content on the Crypto.com App and Site or other communication channels should not be considered as a substitute for tailored investment advice. The contents of the Crypto.com App and Site should not be used as a basis for making investment decisions and should not be construed as an attempt to market or promote any type of Digital Asset.

**5.3   Identity and Eligibility.**

You represent and warrant that:

**5.3.1**   you are at least eighteen (18) years of age

**5.3.2**   you have the full right, power, and authority to agree to these Terms;

**5.3.3**   you are not a resident or a Tax resident of, and do not otherwise have any relevant connection with, any jurisdiction that Crypto.com has indicated as being subject to prohibitions or restrictions on accessing or using the Crypto.com App Services;

**5.3.4**   you are not a resident or Tax resident of, and do not otherwise have any relevant connection with, any jurisdiction in which entry into or performing your obligations under these Terms or the delivery, holding, use, or exchange of Digital Assets is unlawful or restricted in any way or requires licensing, registration or approval of any kind;

**5.3.5**   you are the authorized user of your Enabled Device, and your Enabled Device is not jailbroken, meaning that you have not, nor are you aware of anyone having, used an exploit to remove manufacturer or carrier restrictions from the relevant device;

**5.3.6**   you will not simultaneously have multiple accounts to access the Crypto.com App Services; you are not impersonating any other person, operating under an alias or otherwise concealing your identity;

**5.3.7**   you are not located in, under the control of, or a national or resident of (i) any international sanctioned countries, or (ii) any country to which the United States has embargoed goods or services; (iii) are not identified as a "Specially Designated National" by the Office of Foreign Assets Control of the U.S. Department of the Treasury; and (iv) any state or jurisdiction where we do not provide Services, including New York;

**5.3.8**   you will immediately notify us of any change to your state or location of residence and continually review and update your account and or user profile to ensure accuracy of the information provided;

**5.3.9**   you are not placed on the U.S. Department of Commerce, Bureau of Industry and Security's Denied Persons List;

**5.3.10**   you will not use our Services if any Applicable Laws prohibit you from doing so in accordance with these Terms;

**5.3.11**   you are the sole ultimate beneficial owner of your account and not acting on behalf of or representing any other natural person, legal person or legal entity;

**5.3.12**   you are the beneficial owner of (or if you are acting as a trustee, the legal owner) any Digital Asset or fiat currency subject to these Terms and forming the subject matter of the Services; and

**5.3.13**   you are compliant with all Applicable Law requirements to which you are subject, including without limitation, all tax laws and regulations, exchange control requirements and registration requirements.

**5.4   Onboarding and Ongoing Basic Requirements.**

**5.4.1**   In order to use the Crypto.com App Services, you must register as a user on the Crypto.com App and provide us with all information and/or documents requested by us. Except where permitted by Applicable Law, all information and documents must be in the English language (including such information and/or documents as may be required by us from time to time for compliance with Applicable Laws) in order to process your registration. If the documents you provide are not in the English language (except where permitted by Applicable Law), you may be required to provide us with a certified English translation. Except where permitted by Applicable Law, Crypto.com shall not be responsible for the translation of any non-English documents and shall not be obliged to process or review any documents that are not in the English language.

**5.4.2**   You agree to cooperate with all requests made by us or any of our third-party service providers on our behalf in connection with your use of the Crypto.com App Services, including to identify or authenticate your identity, validate your funding sources or transactions, verify your source(s) of income and/or wealth, among other requests. This may include, without limiting the generality of the foregoing, requiring further information that will allow us to reasonably identify you, including requiring you to take steps to confirm ownership of your phone number or payment instruments or verifying your information against third-party databases or through other sources.

**5.4.3**   We are entitled, in our sole discretion and without providing reasons, to refuse your application for, or to suspend, terminate or limit your use of, the Crypto.com App Services or your account, and/or to change the eligibility criteria for registration or use of the Crypto.com App Services at any time. We may confidentially verify, supplement, or append the information you provide us with or obtain information on you ourselves or through third parties from secure databases. By agreeing to these Terms, you acknowledge that we or a third party on our behalf may verify, supplement, or amend your information for any reason including for the up-to-date maintenance of our records or to comply with applicable reporting obligations.

**5.4.4**   You hereby represent and warrant that any and all information provided by you or on your behalf to us, our Affiliates, and any of our third-party service providers are always complete, accurate, and up to date in all respects and that in the event such information ceases to be complete, accurate, and up-to-date, you shall provide us, our Affiliates, and third-party service providers with revised and updated information without delay. It is your responsibility to update us with any changes in your personal information or any other information you may have provided us with during registration or else in the course of your engagement with the Crypto.com App Services. If at any time we believe that your information is incomplete, outdated, or inaccurate, we may contact you and request further information or request that you go through the verification process again. Failure to complete any step of the registration process or provide up to date information may result in your inability to or adversely affect your access to and use of the Crypto.com App Services. You hereby agree to indemnify us and our Affiliates for any and all losses incurred as a result of your failure to provide complete, accurate, and up-to-date information at any point prior to, during, and following termination of your use of and access to our Services.

5.4.5    At the time you sign up for the Crypto.com App Services or at any time in the future after signing up for the Crypto.com App Services, you authorize us to undertake electronic identity verification checks on you, either directly or using third-party service providers.

5.4.6    Notwithstanding any Terms hereunder or your successful completion of the signing up process in accordance with Clause 5.4.2 above, certain types of users are specifically prohibited from using certain features within the Crypto.com App Services. You further represent and warrant that in relation to the use of CSCs on the Crypto.com App or any of the Crypto.com App Services, you are not located in, under the jurisdiction of, or a national or resident of any of the countries, states, and jurisdictions listed at https://help.crypto.com/en/articles/5792178-crypto-com-app-geo-restrictions.

5.4.7    Subject to Applicable Law, we reserve the right at any time to satisfy our internal requirement as to your Personal Data (for example, by requesting relevant original documents) including for the purposes of preventing fraud and/or anti-money laundering and counter-terrorist financing purposes.

### 5.5    Third-Party Services.

You understand and agree that we may engage any third-party service provider or subcontractor to perform any or all of the services provided hereunder. Further, you acknowledge, accept, and assume the risks associated with our use of such third-party services, including those set forth in Clause 4.5.  Crypto.com shall not be liable for any delay, loss, or damage of any kind incurred from any services provided by any third-party service provider or subcontractor engaged by Crypto.com.   All claims in connection with the act of any third-party service provider or subcontractor shall be brought solely and directly against such party and/or its agents.  Crypto.com's sole liability in relation to the services provided by any third-party service provider or subcontractor shall be limited to the use of reasonable care in the selection of such parties.

## 6    User Acknowledgements, Representations, Warranties, Covenants – User Conduct.

### 6.1    General Conduct.

It is our goal that all Crypto.com App Services users enjoy their use of our services in a safe and secure environment.  To that end, you agree to use the Crypto.com App Services in good faith and adhere to the following general standards of conduct at all times:

(a)    You will demonstrate respect and courtesy to other users, our personnel, and any third-party service providers at all times;

(b)    You will use your utmost integrity in all your dealings with Crypto.com and in your use of Crypto.com App Services;

(c)    You will comply with all Applicable Laws pertaining to your use of our services and the activities you conduct in the Crypto.com App Services; and

(d)    You will promptly comply with our notices and our personnel's instructions with respect to your use of Crypto.com App Services.

### 6.2    Prohibited Activities.

Without prejudice to any of Crypto.com's rights, you undertake not to (and shall not, knowingly or otherwise, authorize, allow, permit, or assist any other party to):

(a)   use the Crypto.com App or Sites to conduct electronic spamming or otherwise distribute any unsolicited or unauthorized advertising, promotional, or marketing material, junk mail, or chain letters;

(b)   use the Crypto.com App or Sites to perform illegal, unlawful or immoral activities under any Applicable Law (including but not limited to money laundering, terrorism financing and fraudulent activities);

(c)   use the Crypto.com App or Sites to upload content that contains or is infected with viruses, malicious codes, or Trojan horses, is unlawful, immoral, or illegal, or contains any other harmful or deleterious program or code;

(d)   modify or adapt the whole or any part of the Crypto.com App or Sites or combine or incorporate the Crypto.com App or Sites into another program or application;

(e)   disassemble, decompile, reverse-engineer, or otherwise attempt to derive the source code, object code, underlying concepts, ideas, or algorithms of the Crypto.com App or Sites or any components thereof;

(f)   use the Crypto.com App or Sites in any manner that would lead to the infringement of our, our Affiliates', or any other third party's intellectual property rights, including without limitation any copyright, patent, or trademark. You undertake not to take or attempt to take any action or claim ownership of any property that infringes or would infringe upon our intellectual property interests;

(g)   use the Crypto.com App or Sites in a way that could damage, disable, impair, or compromise the Crypto.com App or Sites or the provision of the Crypto.com App Services (or the systems or security of the Crypto.com App or Sites or any other computer systems or devices used in connection therewith) or interfere with other users or affect the reputation of Crypto.com;

(h)   gain or attempt to gain unauthorized access to, interfere with, disrupt, or damage the account or wallets of other users, any parts of the Crypto.com App or Sites, the server on which the Crypto.com App or Sites are stored, or any other server, computer, or database connected to or used in the service of the Crypto.com App or Sites;

(i)   take any action that imposes an unreasonable or disproportionately large burden or load on the Crypto.com infrastructure (including, but without limitation to our servers, networks, data centers and related or like equipment) and detrimentally interfere with, intercept or expropriate any system, data, or information belonging to other users of our services;

(j)   attack the Crypto.com App or Sites via a denial-of-service attack or a distributed denial-of-service attack;

(k)   use any robot, spider, or other automatic device, process, or means to access the Crypto.com App or Sites for any purpose;

(l)   impersonate or attempt to impersonate Crypto.com, Crypto.com personnel, another user, or any other person or entity;

(m)   engage in any other activities deemed inappropriate by us or that is in contravention of these Terms or any Applicable Laws;

(n)   provide false, inaccurate, incomplete or misleading information to Crypto.com or any of its Affiliates or third-party service providers; or

(o)    deposit with Crypto.com any Digital Assets or fiat currency that are, directly or indirectly, derived from or form part of the proceeds of any criminal, fraudulent, or unlawful activity; or

(p)    attempt, in any manner, directly or indirectly, as deemed in our sole discretion, to interfere with the proper working of the Crypto.com App or Sites.

**6.3    Crypto.com's Rights of Enforcement.**

Subject to Applicable Law, we reserve the right to, and you acknowledge and agree that we may at our sole discretion, take any action we deem necessary to enforce the user conduct requirements and restrictions set forth in this Clause 6, including, without limitation, by taking any of the steps set forth in Clause 3.3.

**7    User Acknowledgements, Representations, Warranties, Covenants – Data and System Protection.**

**7.1    Your Device.**

You acknowledge and agree that, in connection with your use of the Crypto.com App, you shall be responsible for the following, at your own cost:

**7.1.1**   obtaining and installing all hardware, software, and communications services necessary for your use of the Crypto.com App in accordance with these Terms;

**7.1.2**   installing antivirus or other mobile security software on your Enabled Device to protect against any security or other vulnerabilities which may arise in connection with your use of the Crypto.com App in accordance with these Terms; and

**7.1.3**   installing updates and patches for the Crypto.com App and your Enabled Device in a prompt and timely manner.

**7.2**   You acknowledge and agree, without prejudice to the foregoing and any other terms in these Terms, that we shall assume that any and all Instructions received from your Enabled Device, your email account, and other accounts identified to you have been made by the rightful owner. You agree that you are solely responsible and liable for keeping your Enabled Device and such accounts safe and secure and for maintaining adequate security and control of your login and authentication details (including, but not limited to, your identity, username, password, and multifactor authentication methods) and shall likewise be solely responsible for any access to and use of the Crypto.com App and the Services through your Enabled Device and accounts identified to you, notwithstanding that such access and/or use may have been effected without your knowledge, authority or consent.  You agree that we will not be liable to you for any loss or damage resulting from such access and/or use.

**7.3**   You acknowledge and agree, without prejudice to the foregoing and any other terms in these Terms, that you shall bear all of the risk of any loss of access to your Digital Asset Wallet, accounts, and Crypto.com App Services, including, without limitation, any loss of access related to the loss of your login and authentication details, Enabled Device, email account, or any other account identified to you.

**7.4**   Should you discover that your Enabled Device is lost or stolen or has been accessed or used in an unauthorized way, you shall notify us of the loss or theft, or unauthorized access or use, by

emailing us at contact@crypto.com; provided, however, that such notification to us shall not prejudice us in any way nor abridge, alter, limit, or otherwise affect our disclaimers and rights under Clause 7.2.  In addition, where your Enabled Device has been accessed or used in an unauthorized manner, you should, as soon as possible, reset the login and authentication details on your Enabled Device.

**7.5     Privacy and Personal Data.**

**7.5.1**     These Terms incorporate by reference, as though they were fully restated herein, the provisions of the following terms and policies: (i) our Global and US privacy notices, accessible at https://crypto.com/privacy/global and https://crypto.com/us/privacy, respectively (together, the "**Privacy Notice**"), as they may be amended from time to time, and (ii) our cookies policy accessible at the Cookie Preference banner on our Site, as it may be amended from time to time.

**7.5.2**     By using the Crypto.com App Services and/or Site, you confirm that you have read and understood our Privacy Notice and understand how we may collect, use, disclose and share amongst ourselves your Personal Data and disclose such Personal Data to our authorized service providers and relevant third parties.  You agree that your license to access the Crypto.com App Services is subject to your continuing agreement to our Privacy Notice.

**7.5.3**     Without limiting anything in the Privacy Notice or in these Terms, you represent, warrant, acknowledge, and agree that:

**7.5.3.1**     we may process personal data relating to you and personal data relating to third parties when you provide personal data to us that relates to such individuals;

**7.5.3.2**     before disclosing any personal data to us, you have read and understood these Terms, and before disclosing the personal data of third parties, you have provided these Terms to the third parties and obtained their consent hereto;

**7.5.3.3**     any personal data that you disclose in connection with our Sites, the Crypto.com App Services, or other services was or will be disclosed in accordance with all applicable privacy and data protection laws, and that all such data are current, accurate and relevant; and

**7.5.3.4**     where you access or use third-party services, you have read, understood and agreed to the privacy notices and other terms applicable to those services, and the processing of any personal data in connection therewith, both by us and the applicable third party.

**8     User Acknowledgements, Representation, Warranties, Covenants – Electronic Communications.**

**8.1**     You shall accept full responsibility for the security and authenticity of all Instructions sent via the Crypto.com App and you shall be bound by all such Instructions.  We shall be entitled to assume that all Instructions received from your Enabled Device via the Crypto.com App are yours.  We shall be under no obligation whatsoever to verify that such Instructions are in fact yours.

**8.2**    You are aware that Instructions and information transmitted via the Crypto.com App are generally transmitted via the Internet and may be routed via public, transnational installations which are not specifically protected.  We cannot guarantee that the Instructions and information so transmitted will in fact be completely protected against such unauthorized access, and you accept these associated risks.

**8.3**    Any Instructions sent by you to us shall only be deemed to be received by us when we have successfully retrieved such Instructions from the relevant system and duly informed you of such receipt.  In addition, any Instructions sent by you to any third parties (for example, network merchants) shall only be deemed to have been received by such third parties in accordance with their terms and conditions.

**8.4**    You agree without prejudice to any of these Terms, that, to the extent there are any terms in your local jurisdiction governing the time and place of dispatch and receipt of electronic communication, to the maximum extent permitted under applicable law, such terms shall not apply to your use of the Crypto.com App Services and that you shall be liable for any damage that may be caused through the use of the Internet – i.e. through loss, delay, misunderstandings, corrupted texts, unauthorized interceptions by third parties or duplicates.

**8.5**    You acknowledge and agree that in the event of any dispute arising in connection with your use of the Crypto.com App Services, our records (including electronic, computer and microfilm stored records) of all matters relating to your use of the Crypto.com App Services and/or of you (including Transaction History) at any specified date shall be conclusive of their accuracy and authenticity and shall be binding on you for all purposes whatsoever.  In addition, you agree to the admissibility of such documents without further requirement of proof of authenticity or accuracy in a court of law under applicable evidentiary law, rules and/or regulations.

**9    Fees.**

**9.1**    Your use of the Crypto.com App Services may be subject to certain Fees, which will, if applicable, be debited from your Digital Asset Wallet. The list of applicable Fees are set out on the Crypto.com App ([Home] > [Settings] > [About Crypto.com] > [Fees & Limits]) and may be amended by Crypto.com from time to time.

**9.2**    All applicable Fees listed on the Crypto.com App and the Site are exclusive of any applicable Taxes and the actual Fee charged will be increased to account for any such applicable Taxes.

**9.3**    Crypto.com will issue a payment notice to you for any Fees or amount that you owe us, including any amount owed to us as a result of us exercising our rights under these Terms. If such amount is not repaid within 7 calendar days from the date of notification, you confirm and authorize Crypto.com to recover such amount from your other accounts with Crypto.com by debiting any assets in those accounts or otherwise setting off against amounts owed to you.

**10   Other Provisions Applicable to Our Services.**

**10.1**  Crypto.com reserves the right to, in its sole discretion, refuse to process or to cancel any pending request from you for any Digital Asset Transfer, Digital Asset Conversion or Fiat to DA Conversion (each, a "**Transaction**"), including for purposes of compliance with Applicable Law.

**10.2**  Crypto.com securely stores 100% of all Digital Asset private keys in our control in a combination of online and offline storage. As a result, it may be necessary for Crypto.com to retrieve this information from offline storage in order to facilitate a Transaction in accordance with your Instructions, which may delay the initiation or crediting of such Transaction for 48 hours or more. As a user of the Crypto.com App Services, you accept the risk that a Transaction facilitated by Crypto.com may be delayed and you agree not to hold Crypto.com responsible for any loss or damage (including loss of profits) arising out of or related to such delay.

**10.3**  It is your sole responsibility to determine whether, and to what extent, any Taxes apply to any transactions associated with your receipt or transfer of Digital Assets, and/or to the Transactions you conduct, and to withhold, collect, report and remit the correct amounts of Taxes to the appropriate tax authorities. Your Transaction History is available through the Crypto.com App. We are not obligated to, nor will we determine whether, and to what extent, Taxes apply, or calculate, collect, report, or remit any Taxes to any tax authority arising from any transaction.

**10.4**  The loading of Digital Asset to your Digital Asset Wallet and/or any Transaction are subject to limits imposed by Crypto.com (as may be amended with or without notice from time to time in Crypto.com's sole discretion). Such limits are set out in the Crypto.com App but Crypto.com may, in its sole discretion, apply different limits to you specifically. We may also require you to submit additional information about yourself (including any person associated with you and your activities), provide records of, and arrange for meetings with Crypto.com staff to discuss your loading of Digital Asset to your Digital Asset Wallet or any Transaction you have effected.

**10.5**  Fees and account balances in the Crypto.com App are not rounded, however, they may be displayed to you as rounded up or down to the nearest four decimal places.

**10.6  State Specific Disclosures**

    **10.6.1**  We prohibit access to our Services in the following jurisdictions: New York, any jurisdiction that is subject to Sanctions by any U.S. governing authorities, and any jurisdiction that we may determine poses an elevated financial risk, legal liability, or violates card network or bank policies, as we may determine from time to time.

**11  Intellectual Property.**

**11.1  Intellectual Property Ownership and Use.**

You acknowledge and agree that:

    **11.1.1**  the Crypto.com trademarks and logos, and any other logos, service marks, product names, and other proprietary indicia used in the Crypto.com App, are the property of either Crypto.com or third party licensors (collectively, the "**Trademarks**");

    **11.1.2**  the intellectual property rights in and to the Crypto.com App Services, the Crypto.com App, and the Site are either owned by us or licensed to us by third-party licensors, and,

as between you and us, we are and will remain the sole and exclusive owner of all right, title, and interest in and to the Crypto.com App Services, the Crypto.com App, the Site, and all intellectual property related thereto

11.1.3   other than the license expressly granted by you in these Terms, no other rights are granted to you in respect of either the Trademarks, the Crypto.com App, the Site, or the Crypto.com App Services; and

11.1.4   no part or parts of the Crypto.com App may be reproduced, distributed, republished, displayed, broadcast, hyperlinked, transmitted, adapted, modified to create derivative works, or otherwise used or commercially exploited in any manner or by any means or stored in an information retrieval system without our prior written permission

**11.2  Limited License to Use Customer Data.**

Subject to these Terms, you hereby grant us a limited, royalty-free, fully paid up, non-exclusive, transferable, and sublicensable license to process the data you provide to us ("**Customer Data**") in the United States as necessary to provide the Services for your benefit as provided in these Terms for so long as you use our Services.

**12  Limitation of Services / Termination / Account Closure.**

**12.1**  Crypto.com may at any time, and without liability to you, terminate, suspend, or limit your use of the Crypto.com App Services (including freezing the Digital Assets in your account, freezing or closing your Digital Asset Wallet, freezing or closing your Fiat Wallet, refusing to process any transaction, or wholly or partially reversing, cancelling, or voiding any transactions that have been effected) for any reason, including: (a) in the event of any breach by you of these Terms or applicable Annex and all other applicable terms; (b) for the purposes of complying with Applicable Laws; (c) where Crypto.com suspects that a transaction effected by you is potentially connected to any unlawful activities (including but not limited to money laundering, terrorism financing and fraudulent activities); (d) to remedy the effects of any defect in or compromise to any information system upon which Crypto.com relies on; (e) as may be informed by its internal monitoring policy and the profile of spending reasonably anticipated for the type of consumer group you belong to; or (f) in Crypto.com's absolute opinion that an order or transaction has been executed based on an aberrant or erroneous value.

**12.2**  Such suspension, limitation, or termination described herein shall not abridge, suspend, terminate, or otherwise affect your obligations under these Terms and your obligations under these Terms will continue in the event of such suspension or termination described in Clause 12.1 above.

**12.3**  You shall not be entitled to any payment, compensation, or damages from us in relation to any suspension, reversal, or termination of your use of the Crypto.com App Services for any reason whatsoever.  Any limitation, suspension, or termination of your use of the Crypto.com App Services for any reason whatsoever shall not release you from any liability or responsibility on your part that at the time of such limitation, suspension, or termination has already accrued.

**12.4**  Our rights of limitation, suspension, and termination under these Terms shall be without prejudice to any other rights or remedies which we may have (whether under these Terms, Applicable Law or otherwise).

**12.5**  If you wish to suspend or terminate your access to and use of any of the Crypto.com App Services or close your account, you are required to submit a request to Crypto.com in such manner and form and accompanied by such information and supporting documentation as may be required by us to request for and effect such suspension or termination.  You acknowledge and agree that you will be subject to such terms and conditions as we may consider applicable to such suspension or termination.

**12.6**  If, at the time of the submission of your account closure request, your account has any outstanding or ongoing obligations, commitments, or activities, including but not limited to any fixed term loan, deposits, or Staking or any amount due to Crypto.com, you agree that Crypto.com shall not be obliged to process such closure request until all such obligations, activities, or commitments have been discharged or expired.

**12.7**  If you have a remaining balance in your account which has been suspended or closed, you are entitled to recover such Digital Assets from your Digital Asset Wallet and Fiat from your Fiat Wallet unless we are prohibited by law or a court order to release such Digital Assets or Fiat, respectively, or where we have reasonable grounds to suspect that such Digital Assets or Fiat were obtained through fraud or any unlawful means or connected with any criminal activities. If you have any questions about this Clause, please contact us at contact@crypto.com.

**12.8**  We may at any time and without notice to you (i) set off any amount we owe you against any amount that you owe us; or (ii) recover any amount you owe us (in either case, whether or not the obligation is matured or contingent and irrespective of the currency, asset or place of payment).  Any amounts that are so set off will be discharged promptly and in all respects.

## 13   Customer Feedback, Queries, Complaints.

If you have any feedback, questions or complaints, please contact us via email at contact@crypto.com or through our live chat available on the Crypto.com App.  While we strive to respond to you as soon as possible, for more complicated issues, it may take us up to 45 days or longer to resolve and get back to you.  You accept and agree that we shall not be responsible for any loss and damage incurred during such period.

## 14   Disclaimer of Warranty; Limitation of Liability.

**14.1**  THE SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE" AND WITHOUT ANY REPRESENTATION OR WARRANTY, WHETHER EXPRESS, IMPLIED, OR STATUTORY.  EXCEPT AS EXPRESSLY PROVIDED IN THESE TERMS, TO THE FULLEST EXTENT PERMITTED BY LAW, CRYPTO.COM DISCLAIMS ALL OTHER REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, MADE TO YOU, YOUR AFFILIATES OR ANY OTHER PERSON, INCLUDING WITHOUT LIMITATION, ANY WARRANTIES REGARDING TITLE, NON-INFRINGEMENT, TIMELINESS, QUALITY, SUITABILITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR OTHERWISE (REGARDLESS OF ANY COURSE OF DEALING, CUSTOM, OR USAGE OF TRADE) OF ANY SERVICE OR ANY GOODS PROVIDED INCIDENTAL TO THE CRYPTO.COM APP SERVICES PROVIDED UNDER THESE TERMS.  ADDITIONALLY, CRYPTO.COM DOES NOT REPRESENT OR WARRANT THAT THE SERVICES ARE ACCURATE, COMPLETE, RELIABLE, CURRENT, OR ERROR-FREE.  WHILE CRYPTO.COM ATTEMPTS TO MAKE YOUR USE OF THE SERVICES SAFE, WE CANNOT AND DO NOT

REPRESENT OR WARRANT THAT THE SERVICES ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.  OUR LIABILITY IN RESPECT OF REPRESENTATIONS AND WARRANTIES THAT CANNOT BE EXCLUDED IS LIMITED, AT OUR OPTION, TO ANY ONE OF:

**14.1.1**     RE-SUPPLYING, REPLACING, OR REPAIRING THE RELEVANT SERVICES; OR

**14.1.2**     PAYING THE COST OF THE RE-SUPPLYING, REPLACEMENT, OR REPAIRING OF THE RELEVANT SERVICES.

**14.2**  NOTWITHSTANDING ANYTHING IN THESE TERMS TO THE CONTRARY, TO THE EXTENT PERMITTED BY LAW, IN NO EVENT SHALL CRYPTO.COM OR ANY OF CRYPTO.COM'S REPRESENTATIVES BE LIABLE TO YOU FOR ANY LOSSES OR DAMAGE OR CLAIMS:

**14.2.1**     DUE TO AN UNUSUAL OR UNFORESEEABLE EVENT, OUTSIDE OUR REASONABLE CONTROL AND THE CONSEQUENCES OF WHICH COULD NOT HAVE BEEN AVOIDED EVEN IF ALL DUE CARE HAD BEEN EXERCISED (INCLUDING, BUT NOT LIMITED TO, FORCE MAJEURE EVENTS);

**14.2.2**     ARISING FROM OR IN CONNECTION WITH:

**14.2.2.1**   ANY INTERRUPTION, DELAY, SUSPENSION, DISCONTINUANCE, OR FAILURE OF THE CRYPTO.COM APP OR CRYPTO.COM APP SERVICES;

**14.2.2.2**   ANY REFUSAL TO PROCESS OR AUTHORIZE, OR ANY REVERSAL OF, ANY TRANSACTION FOR ANY REASON;

**14.2.2.3**   YOUR INABILITY TO EFFECT OR COMPLETE ANY TRANSACTION DUE TO SYSTEM MAINTENANCE OR BREAKDOWN / NON-AVAILABILITY OF THE CRYPTO.COM APP, NETWORK, OUR HARDWARE, OR SOFTWARE OR THAT OF ANY THIRD PARTIES;

**14.2.2.4**   USE OF YOUR ENABLED DEVICE AND THE CRYPTO.COM APP SERVICES BY THIRD PARTIES, WHETHER AUTHORIZED OR UNAUTHORIZED BY YOU; ANY THEFT OR LOSS OF YOUR ENABLED DEVICE; OR

**14.2.2.5**   ANY UNAUTHORIZED OR INELIGIBLE USE OF THE CRYPTO.COM APP SERVICES CONTRARY TO THESE TERMS;

**14.2.3**     DUE TO COMPLIANCE WITH APPLICABLE LAWS AND/OR COURT ORDERS;

**14.2.4**     ARISING OUT OF OR IN CONNECTION WITH THESE TERMS, AN ANNEX, OR THE SERVICES FOR LOST PROFITS, LOST REVENUES, LOST BUSINESS OPPORTUNITIES, LOST DATA, OTHER INTANGIBLE LOSSES, PUNITIVE, EXEMPLARY, SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES, EACH OF WHICH IS HEREBY EXCLUDED BY AGREEMENT OF THE PARTIES TO THESE TERMS, REGARDLESS OF WHETHER SUCH DAMAGES WERE DIRECT OR INDIRECT, FORESEEABLE OR

UNFORESEEABLE, OR WHETHER OUR OR OUR REPRESENTATIVES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES; AND

**14.2.5** RESULTING FROM HACKING, TAMPERING, VIRUS TRANSMISSION, OR OTHER UNAUTHORIZED ACCESS OR USE OF THE SERVICES, YOUR ACCOUNT, OR ANY INFORMATION CONTAINED THEREIN.

**14.3** IN NO EVENT WILL OUR AGGREGATE LIABILITY FOR ANY LOSS OR DAMAGE ARISING IN CONNECTION WITH THE SERVICES EXCEED THE FEES YOU PAID US FOR YOUR USE OF THE RELEVANT SERVICES DURING THE TWELVE (12) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO THE CLAIM FOR LIABILITY.  THE FOREGOING LIMITATIONS OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

**14.4** Crypto.com shall not be liable for fault on the part of any third-party service providers instructed by us. In such cases, our liability shall be limited to using reasonable care in the selection, appointment, and instruction of such third-party service providers (but not of any subcontractor or other third party such third-party service provider may use).

**14.5** Nothing in these Terms shall operate to limit or exclude any liability for fraud, gross negligence, or for death or personal injury resulting from negligence.

**14.6** AS SET FORTH MORE FULLY IN SECTION 16 BELOW, THE PARTIES AGREE THAT ANY CLAIMS AGAINST THE OTHER UNDER THESE TERMS MAY ONLY BE BROUGHT ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION OR PROCEEDING.  NO COURT OR ADJUDICATOR MAY CONSOLIDATE OR JOIN MORE THAN ONE PERSON'S OR PARTY'S CLAIMS AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, OR CLASS PROCEEDING.  ANY RELIEF AWARDED TO ANY USER OF THE CRYPTO.COM APP SERVICES CANNOT AND MAY NOT AFFECT ANY OTHER USERS.

**15  Indemnification.**

**15.1** You agree to indemnify and hold Crypto.com and its third-party service providers, each of their respective Affiliates, and each of the foregoing parties' respective shareholders, members, managers, officers, directors, agents, joint venture entities, employees, and representatives, harmless from any first-party or third-party claim or demand (including attorneys' fees and any fines, fees or penalties imposed by any governmental or regulatory authority) arising out of or related to (a) your breach of any of these Terms; (b) your breach of any of the terms of our third-party service providers; (c) your use of the Crypto.com App and/or the Crypto.com App Services, including but not limited to Fiat Wallet; (d) any act or omission on your part related to Crypto.com, the Crypto.com App, and/or the Crypto.com App Services, including but not limited to Fiat Wallet; and (e) your violation of any Applicable Laws or regulations of any jurisdiction, or the rights of any third party.

**16  Dispute Resolution; Binding Arbitration; Class Waiver.**

**16.1 Please read the following section carefully because it requires you to arbitrate certain disputes and claims with Crypto.com and limits the manner in which you can seek relief from us, unless you opt out of arbitration by following the instructions set forth below. No class or**

**representative actions or arbitrations are allowed under these Terms. In addition, arbitration precludes you from suing in court or having a jury trial.**

16.2   **No Representative Actions; Class Waiver.**

You and Crypto.com agree that any dispute, including but not limited to disputes arising out of or related to these Terms or our Services is personal to you and Crypto.com and that any dispute will be resolved solely through individual action, and will not be brought as a class arbitration, class action or any other type of representative proceeding.

16.3   **Arbitration of Disputes.**

Except for small claims disputes in which you or Crypto.com seeks to bring an individual action in small claims court located in the county of your residence, as determined by the records maintained by Crypto.com for your account, or disputes in which you or Crypto.com seek injunctive or other equitable relief for the alleged unlawful use of intellectual property, **you and Crypto.com waive your rights to a jury trial and to have any dispute resolved in court**. These Terms to arbitrate disputes include, but is not limited to, any and all claims for relief and theories of liability between you and Crypto.com, whether based in contract, tort, fraud, negligence, regulation, or ordinance; claims for relief under any state or federal statutes, including, but not limited to, the federal and any state analogs of the Telephone Consumer Protection Act, the Fair Credit reporting Act, Fair and Accurate Credit Transactions Act, and other statutes, including state and federal statutes relating to the collection of personal and/or biometric data; claims for common law fraud, misrepresentation, or any other legal or equitable theory arising out of your relationship with Crypto.com, and/or any interactions between you and Crypto.com. If there is a final judicial determination that applicable law precludes enforcement of this paragraph's limitations as to a particular claim for relief, then that claim (and only that claim) must be severed from the arbitration and may be brought in court.

16.4   **Notice Requirement.**

For any dispute or claim that you have against Crypto.com or relating in any way to the Services, you may either proceed directly to arbitration, or you may first contact Crypto.com and attempt to resolve the claim informally by sending a written notice of your claim ("**Notice**") to Foris Dax, Inc. by email at contact@crypto.com or by certified mail addressed to 1111 Brickell Avenue, Suite 2725, Miami, Florida 33131. If you elect to pursue pre-arbitration resolution through the Notice option, the Notice must (a) include your name, residence address, email address, and telephone number; (b) describe the nature and basis of the claim; and (c) set forth the specific relief sought.  Crypto.com shall also have the option, but not the requirement, to pursue informal pre-arbitration resolution with you through the Notice process set forth herein. Our notice to you, as and if applicable, will be similar in form to that described above. If you and Crypto.com cannot reach an agreement to resolve the claim through the Notice process, or if you or Crypto.com decide to immediately proceed to arbitration without pursuing pre-arbitration resolution through the Notice process, then either party may submit the dispute to binding arbitration administered by the American Arbitration Association ("AAA"), or, under the limited circumstances set forth above, in court. All disputes submitted to AAA will be resolved through confidential, binding arbitration before one arbitrator. Arbitration proceedings will either be held in Miami-Dade County, Florida, or may be conducted telephonically or via video conference, if you agree. For

disputes alleging damages less than $30,000, the dispute will be decided on the basis of the parties' written submissions and no final hearing or in person proceedings will be required absent the consent of both parties. With respect to the disputes of $30,000 or more, AAA shall designate an arbitrator who maintains his or her primary residence in the State of Florida. The most recent version of the AAA Rules are available on the AAA website and are hereby incorporated by reference. You either acknowledge and agree that you have read and understand the JAMS Rules or waive your opportunity to read the AAA Rules and waive any claim that the JAMS Rules are unfair or should not apply for any reason.

**16.5   Applicability of the Federal Arbitration Act and Delegation Provision.**

You and Crypto.com agree that these Terms affect interstate commerce and that the enforceability of this Clause 16 will be substantively and procedurally governed by the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*. (the "**FAA**"), to the maximum extent permitted by applicable law. You and Crypto.com clearly and unmistakably agree that the arbitrator shall have the power to rule on his or her own jurisdiction, and the existence, scope, validity, and arbitrability of these Terms.  This delegation provision shall be deemed a contract entered into under the laws of the State of Florida and will be governed by the laws of the State of Florida together with the Federal Arbitration Act.

**16.6   Confidentiality.**

The arbitrator, Crypto.com, and you will maintain the confidentiality of any arbitration proceedings, judgments and awards, including, but not limited to, all information gathered, prepared and presented for purposes of the arbitration or related to the dispute(s) therein. The arbitrator will have the authority to make appropriate rulings to safeguard confidentiality, unless the law provides to the contrary. The duty of confidentiality does not apply to the extent that disclosure is necessary to prepare for or conduct the arbitration hearing on the merits, in connection with a court application for a preliminary remedy or in connection with a judicial challenge to an arbitration award or its enforcement, or to the extent that disclosure is otherwise required by law or judicial decision.

**16.7   Fees; Appellate and Enforcement Jurisdiction.**

You and Crypto.com agree that for any arbitration you initiate, you will pay the filing fee and Crypto.com will pay the remaining AAA fees and costs. For any arbitration initiated by Crypto.com, Crypto.com will pay all AAA fees and costs. You and Crypto.com agree that the state or federal courts of the State of Florida and the United States sitting in Miami-Dade County, Florida have exclusive jurisdiction over any appeals and the enforcement of an arbitration award.

**16.8   Governing Law in Arbitration Proceeding.**

The arbitrator shall apply the law of the State of Florida to all substantive issues in the dispute; provided, however, that in the event that the law of the State of Florida shall be deemed unenforceable due to the law of the state in which the customer resides, the arbitrator shall apply the law of the state in which the customer resides. Notwithstanding anything herein to the contrary, the arbitrator shall apply the laws of the State of Florida and the FAA to interpret and enforce these Terms to arbitrate disputes and each of its provisions, including with regard to any

issues over acceptance of these Terms to arbitrate disputes. Judgment on the award rendered may be entered by any court of competent jurisdiction.

**16.9   Limitations Period.**

Any claim arising out of or related to these Terms, an Annex, or the Services must be filed within one (1) year after such claim arose; otherwise, the claim is permanently barred, which means that you and Crypto.com will not have the right to assert the claim.

**16.10   Right to Opt Out of Binding Arbitration.**

You have the right to opt out of binding arbitration within thirty (30) days of the date you first accepted these Terms by sending a written opt-out notice via certified mail to 1111 Brickell Avenue, Suite 2725, Miami, Florida 33131. In order to be effective, the opt-out notice must include your full name and address and clearly indicate your intent to opt out of binding arbitration. By opting out of binding arbitration, you are agreeing to resolve disputes in accordance with the applicable terms of this Clause 16.

**16.11   Severability.**

If any portion of this Clause 16 is found to be unenforceable or unlawful for any reason, (a) the unenforceable or unlawful provision shall be severed from these Terms; (b) severance of the unenforceable or unlawful provision shall have no impact whatsoever on the remainder of this Clause 16 or the parties' ability to compel arbitration of any remaining claims on an individual basis pursuant to this Clause 16; and (c) to the extent that any claims must therefore proceed on a class, collective, consolidated, or representative basis, such claims must be litigated in a civil court of competent jurisdiction and not in arbitration, and the parties agree that litigation of those claims shall be stayed pending the outcome of any individual claims in arbitration. Further, if any part of this Clause 16 is found to prohibit an individual claim seeking public injunctive relief, that provision will have no effect to the extent such relief is allowed to be sought out of arbitration, and the remainder of this Clause 16 will be enforceable.

**16.12   Application of Terms to Disputes.**

Notwithstanding anything to the contrary in these Terms, and to the extent not prohibited by law, this Section 16 shall apply to all disputes, whether now existing or hereafter arising, whether related to any matter occurring prior to or after the Effective Date hereof, arising from or in connection with your use of the Crypto.com App Services.

**17   Order of Precedence.**

**17.1**   These Terms shall supersede in their entirety any prior or earlier dated version thereof. Notwithstanding anything to the contrary herein or therein, in the event of any conflict or inconsistency between these Terms and any prior or earlier dated version thereof, these Terms shall supersede and control in all events. For avoidance of doubt, by accepting these Terms, you agree that these Terms shall apply to all matters pertaining to your use of the Crypto.com App Services, whether arising prior to or after the Effective Date hereof.

17.2   All Annexes are incorporated herein by reference. Notwithstanding anything to the contrary herein or therein, in the event of any conflict or inconsistency between these Terms and any Annex, such conflict or inconsistency shall be resolved in accordance with Clause 1.2.

## 18   U.S.A. PATRIOT ACT Disclosure.

To help the government fight the funding of terrorism and money laundering activities, the USA PATRIOT Act, a Federal law, requires all financial institutions to obtain, verify, and record information that identifies each person and each legal entity that opens an account.   What this means for you: When you or your firm open an account, we will ask for some basic information that will allow us to identify you.   If you are opening an account on behalf of a business entity, documents relating to its formation, existence and authority may also be requested.   You agree to provide such information as requested.   Further, we hereby make all the same representations and warranties relating to compliance with the USA PATRIOT Act as those made in our Privacy Notice.

## 19   General / Miscellaneous Provisions.

### 19.1   Amendment and Variation.

These Terms may from time to time be updated or amended.   We will post any such updates on the Crypto.com App or Site.   Such updated Terms as posted will take effect immediately unless otherwise indicated.   You should regularly check the Crypto.com App and Site to inform yourself of any such changes.   In addition, we may at any time change, add, or remove any feature or functionality of the Crypto.com App without prior notice.   By continuing to use the Crypto.com App and/or the Crypto.com App Services after any such change, you are indicating your acceptance of the updated or amended Terms as well as your acceptance of the updated Crypto.com App.   If you do not wish to be bound by any changes or amendments to these Terms then you should stop using the Crypto.com App and/or the Crypto.com App Services immediately.

### 19.2   Transfer, Assignment, Delegation.

These Terms, and any rights and obligations and licenses granted hereunder, are limited, revocable, non-exclusive and personal to you and therefore may not be transferred, assigned, or delegated by you to any third party without our written consent, but may be transferred, assigned or delegated by us without notice and restriction, including without limitation to any of the entities within the Crypto.com group, or to any successor in interest of any business associated with the Crypto.com App Services.   Any attempted transfer or assignment in violation hereof shall be null and void.

### 19.3   Severability.

If any provision of these Terms shall be found by any court or administrative body of competent jurisdiction to be invalid or unenforceable, the invalidity or unenforceability of such provision shall not affect the other provisions of these Terms and all provisions not affected by such invalidity or unenforceability shall remain in full force and effect.   Such provision will be changed and interpreted to accomplish the objectives of the provision to the greatest extent possible under any Applicable Laws.

**19.4   Entire Agreement / Translation.**

**19.4.1**   These Terms, including all the addenda hereto, which are incorporated herein by reference, constitute the entire agreement between the parties with regard to its subject matter and supersedes and invalidates all other prior representations, arrangements, understandings, and agreements relating to the same subject matter, whether oral or in writing, express or implied.  You acknowledge that in agreeing to these Terms you do not rely on any statement, representation, warranty, or understanding other than those expressly set out in these Terms.

**19.4.2**   These Terms are set forth in the English language and all communications including any notices or information being transmitted shall be in English.  In the event that these Terms or any part of it is translated (for any proceedings, for your convenience, or otherwise) into any other language, the English language text of these Terms shall prevail.

**19.5   Waiver.**

**19.5.1**   These Terms shall not be waived in whole or in part except where agreed by all parties in writing.

**19.5.2**   The delay of enforcement or the non-enforcement of any of the provisions of these Terms by any party shall not be construed as a waiver of any of the other rights of that party arising out of the breach or any subsequent breach of any of these Terms, and no right, power or remedy conferred upon or reserved for any party in these Terms is exclusive of any other right, power or remedy available to that party and each such right, power or remedy shall be cumulative.

**19.6   Notices & Communications.**

**19.6.1**   By using the Crypto.com App Services, you agree that we may provide you with any notices or other communications, including marketing, relating to your use of the Crypto.com App Services electronically, at our option: (a) via email (in each case to the address that you provide), SMS message, or telephone call (in each case to the phone number that you provide), or (b) by posting to the Site or Crypto.com App.  For notices made by email, the date of receipt will be deemed the date on which such notice is transmitted.  You will be given the option to unsubscribe from receiving any marketing material from us.

**19.6.2**   Notices to us should be sent electronically to our support system at <u>contact@crypto.com</u>.

**19.7   Third-Party Beneficiaries / Rights.**

Other than any entities within the Crypto.com group, a person who is not a party to these Terms has no right to enforce any of these Terms.  Notwithstanding the foregoing or anything herein to the contrary, these Terms shall apply to your heirs, assigns, guardians, agents acting under a valid power of attorney, personal representatives, executors, and other fiduciaries.

**19.8   Governing Law & Venue.**

Any dispute arising from these Terms, an Annex, or your use of the Services, whether brought in arbitration, small claims, or in a state or federal court, will be governed by and construed and enforced in accordance with the laws of the State of Florida except to the extent preempted by U.S. federal law, without regard to conflict of law rules or principles (whether of Florida or any other jurisdiction) that would cause the application of the laws of any other jurisdiction. Any dispute between the parties that is not subject to arbitration or cannot be heard in small claims court will be resolved in the state or federal courts sitting in Miami-Dade County, Florida. Finally, to the extent permitted by applicable law, in the event that your dispute is adjudicated in court instead of arbitration, you agree to proceed only on an individual basis and not on a consolidated, class wide, or representative basis.

[Addenda on the following pages]

**ADDENDUM 1 – CRYPTO.COM FIAT (USD) WALLET**

The full Terms and Conditions for the Crypto.com Fiat (USD) Wallet can be found at the following link: *https://crypto.com/document/van* (the "**Fiat Wallet Terms**") and are hereby incorporated herein by reference, subject to the provisions of the Applicable Service Provider section below. **In the event that there is any conflict between the terms and conditions set forth therein and these Terms, including, but not limited to, provisions related to governing law and forum, arbitration, class waivers, and dispute resolution, then these Terms shall supersede and prevail.**

**Applicable Service Provider.**

If you are a resident of one of the following U.S. jurisdictions, the Fiat Wallet is provided to you by Foris DAX, Inc.: AL, AK, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IA, KS, KY, MA, ME, MD, MI, MN, MO, MS, MT, NE, NH, NE, NJ, NM, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, UT, VA, VT, WA, WI, WV, and WY (the "**Serviced Jurisdictions**").

If you are a resident of any other U.S. jurisdiction (the "**Managed Jurisdictions**"), the Fiat Wallet is provided to you by Foris Inc. as Program Manager.

If you are a resident of a Serviced Jurisdiction, the Fiat Wallet Terms are between you and Foris DAX, Inc., and Foris DAX, Inc. will provide all of the functions provided by the Program Manager.  Other than the contracting entity and the Applicable Service Provider, as set forth above, all Fiat Wallet Terms are identical and applicable regardless of your jurisdiction of residence. If there is any conflict between these Terms and the Fiat Wallet Terms and if you are a user in a Managed Jurisdictions, the Fiat Wallet Terms shall control, if however, you are a user in a Serviced Jurisdiction these Terms shall control.

**1   Top-ups to Your Fiat Wallet**

**1.1   You may top-up your Fiat Wallet by instructing a bank transfer (cash and/or third- party deposits are not accepted), in any of the supported fiat currencies available in the Crypto.com App ("Fiat Top-up") if you have an active account with a credit or financial institution located in a reputable jurisdiction and authorized to execute fiat transfers as supported by us ("Permitted Bank Account"), by following the instructions and providing the relevant information set out in the Crypto.com App. If the bank account you provide us with under this Clause is not a Permitted Bank Account, your transfer instruction will be deemed an Erroneous Top-up Instruction and subject to paragraph (1.8) below. Where this functionality has been made available to you, you may also top up your Fiat Wallet with available funds from your affiliated trading account.**

**1.2   Our Fiat Top-up service may be either provided directly by us, our Affiliate, or by our licensed third-party payment partners ("Payment Service Partners"). By sending us a Fiat Top-up instruction through the Crypto.com App, you agree and authorize us, our Affiliate, or our Payment Service Partners, to the extent applicable, to handle and process your Fiat Top-up instructions and hold such funds in segregated customer funds account(s) in accordance with Applicable Law.**

1.3   **You shall only make a Fiat Top-up if you are the registered beneficial owner of both the bank account you instruct the payment from and your Crypto.com account. We do not accept or support any Fiat Top-up instructions made by any third parties and any such instructions will be deemed Erroneous Top-up Instructions and will be subject to paragraph (1.8) below. If you are the registered beneficial owner of both the bank account you use with us and your Crypto.com account, but the registered account names are inconsistent for whatever reason, we may require you to provide additional ownership proof prior to the completion of the Fiat Top-Up and such process will cause delay to the Fiat Top-up.**

1.4   **Fiat Top-ups are subject to our prescribed fees and limits as referenced in the Schedule A to the Fiat Wallet Terms. Any fees chargeable by your bank and/or their intermediary banks relating to the Fiat Top-up, including but not limited to any administration or currency conversion fees, intermediary bank processing fees, your bank and recipient bank's processing fees ("Fiat Top-up Fees") shall be borne by you entirely.**

1.5   **Upon confirmation by us or our Payment Services Partners that your Fiat Top-up instruction has been effected and upon receipt and successful identification of the respective deposit, we will credit the corresponding value of the funds less any Fiat Top- up Fees to your Fiat Wallet. You should allow up to 5 business days for the funds to reach your Fiat Wallet.**

1.6   **Any funds in your Fiat Wallet shall only be used for (i) purchasing of Digital Asset(s) on the Crypto.com App; (ii) withdrawing such funds to your verified personal bank account through the Crypto.com App; or (iii) other uses as permitted by applicable terms and conditions. No Fiat Wallet transfers to other customers (peer-to-peer) or accounts will be accepted or processed.**

1.7   **All Fiat Top-ups are not reversible or refundable, unless we determine, at our absolute discretion, that it is in our interest to do so. In addition, we may, at our absolute discretion, reverse, cancel, void or refuse to process any Fiat Top-up instructions.**

1.8   **Subject to Applicable Law and without prejudicing our rights to claim further damages from you, you shall immediately indemnify us for any loss and damage and expenses arising from any mistaken, erroneous or fraudulent Fiat Top-up Instructions (which may include depositing to a wrong recipient bank account, transactions made from or to a non-Permitted Bank Account or from or to a non-supported payment scheme, or transfers exceeding our prescribed limits) given by you or sent from your account (collectively "Erroneous Top-up Instruction(s)"). The erroneous or fraudulent nature of your instruction shall be determined by us based on reasonable evidence. You further agree that if we are required to return any fund to its origin due to any Erroneous Top-up Instructions; (i) we are entitled to charge an administration fee of an amount up to $100 per return; (ii) any fees incurred from such return shall be borne by you entirely; (iii) you shall reimburse us such fees immediately upon our request; and (iv) funds will only be remitted to the bank account from which such funds were originally received.**

1.9   **You can only transfer money to your Fiat Wallet by the means of a bank transfer; no cash deposits are accepted by Crypto.com.**

2   **Withdrawals from Your Fiat Wallet**

2.1  **You may withdraw supported fiat currencies (as available on the Crypto.com App) by instructing a bank transfer, ("Fiat Withdrawal"), from your Fiat Wallet to a verified Permitted Bank Account, meaning a Permitted Bank Account from which you have previously made a successful deposit, by following the available instructions and providing the relevant information as requested in the Crypto.com App. Our Fiat Withdrawal service is provided by us, our Affiliates, or a Payment Service Partner. By sending us a Fiat Withdrawal instruction through the Crypto.com App, you agree and authorize us, our Affiliates, and our Payment Service Partners (as applicable) to handle and process your Fiat Withdrawal instructions and transfer your withdrawn funds to the bank account provided by you ("Withdrawal Bank Account"). Where this functionality has been made available to you, you may also withdraw funds to a segregated account for use by your affiliated trading account.**

2.2  **You shall only make a Fiat Withdrawal if you are the registered beneficial owner of both the Withdrawal Bank Account and your Crypto.com account. We do not accept or support any Fiat Withdrawal instructions made by any third parties and any such instructions will be deemed an Erroneous Withdrawal Instruction and subject to paragraph (2.6) below. If you are the registered beneficial owner of both the Withdrawal Bank Account and your Crypto.com account, but the registered names are inconsistent for whatever reason, we may require you to provide additional proof of ownership prior to the completion of the Fiat Withdrawal and such process will cause delay to the Fiat Withdrawal.**

2.3  **We do not charge any fees for Fiat Withdrawals, however, any fees chargeable by your bank and any intermediary banks relating to the Fiat Withdrawal, including but not limited to any administration or currency conversion fees, intermediary banks processing fees, and recipient bank's processing fees ("Fiat Withdrawal Fees") shall be borne by you entirely.**

2.4  **Upon confirmation by the Payment Services Partners that your Fiat Withdrawal instruction has been accepted and your withdrawal has been executed, you should allow up to 5 business days for the transfer to reach your designated Withdrawal Bank Account.**

2.5  **All Fiat Withdrawals are not reversible or refundable, unless we determine, at our absolute discretion to do so. In addition, we may, at our absolute discretion, reverse, cancel, void or refuse to process any Fiat Withdrawals.**

2.6  **Without prejudicing our rights to claim further damages from you, you shall immediately indemnify us for any loss and damage and expenses arising from any mistaken, erroneous or fraudulent Fiat Withdrawal instructions (which may include depositing to a wrong recipient bank account, transactions pertinent to unauthorized or fraudulent transfers previously effected within the Crypto.com App, transactions made from or to a non-Permitted Bank Account, transfers made to a closed or blocked bank account, any transferred amounts that exceed our prescribed limits) given by you or sent from your account (collectively "Erroneous Withdrawal Instruction(s)"). The erroneous or fraudulent nature of your instruction shall be determined by us based on reasonable evidence.**

**ADDENDUM 2 – DIGITAL ASSET WALLET**

**1**   **Top-ups to Your Digital Asset Wallet from an External Wallet.** You may load Digital Asset(s) to your Digital Asset Wallet by effecting a transfer of such Digital Asset from any external wallet to the relevant address for your Digital Asset Wallet, which will be available on the Crypto.com App.

    **1.1**    You acknowledge and agree that it is your responsibility to ensure that:

        **1.1.1**    the correct address for your Digital Asset Wallet (as reflected on the Crypto.com App) is entered when you effect a transfer of Digital Asset from your external wallet to your Digital Asset Wallet; and

        **1.1.2**    only the Digital Assets that are supported by the Digital Asset Wallet and Digital Wallet address will be transferred to your Digital Asset Wallet.

    **1.2**    You also acknowledge that:

        **1.2.1**    the transfer of any Digital Asset to an incorrect address (i.e. an address other than the correct address for your Digital Asset Wallet); or the transfer of any type of Digital Asset that is not supported by the Digital Asset Wallet will result in the irreversible loss of such Digital Asset.

        **1.2.2**    We shall bear no liability for any such loss of Digital Assets or other value.

    **1.3**    Excluding erroneous transfers, a transfer of Digital Asset to your Digital Asset Wallet is only deemed to be confirmed when the balance of your Digital Asset Wallet (as reflected in the Crypto.com App) has been updated to reflect such transfer.

    **1.4**    Crypto.com reserves the right to reject any transfer of Digital Asset to your Digital Asset Wallet. In such a scenario, the relevant Digital Asset will not be credited to your Digital Asset Wallet and Crypto.com will effect a transfer of the same amount of the relevant Digital Asset, less any applicable fees, back to the address from which it was sent.

**2**   **Digital Asset Transfers**. You may transfer any Digital Asset from your Digital Asset Wallet to a specified external address or to another Crypto.com App user via the Crypto.com App, with the exception of certain Digital Assets which are not supported in respect of Digital Asset Transfers, as determined by Crypto.com at its sole discretion, and subject to change from time to time.

    **2.1**    Crypto.com processes all Digital Asset Transfers according to the Instructions received from you and does not guarantee the identity of any recipient. You should verify all transaction information prior to submitting Instructions for a Digital Asset Transfer to Crypto.com as the Digital Asset Transfer may not be canceled or reversed once processed by Crypto.com unless Crypto.com decides at its sole discretion that the transaction should be canceled or reversed and is technically capable of such cancellation or reversal. You acknowledge that you are responsible for ensuring the accuracy of any Instructions submitted to Crypto.com and that any errors may result in the irreversible loss of your Digital Asset.

**2.2**   You agree to have sufficient Digital Asset in the Digital Asset Wallet prior to instructing Crypto.com to effect any Digital Asset Transfer. If your Digital Asset in your Digital Asset Wallet is not sufficient to cover the amount required for Crypto.com to complete the Digital Asset Transfer, Crypto.com will not proceed to effect the Digital Asset Transfer and Crypto.com is under no obligation to attempt to fulfill your Digital Asset Transfer using an alternative method of transfer. You hereby authorize us to debit your Digital Asset Wallet(s) for the full amount required for Crypto.com to complete the Digital Asset Transfer.

**2.3**   We have no control over, or liability for, the delivery, quality, safety, legality or any other aspect of any goods or services that you may purchase or sell to or from a third party. We are not responsible for ensuring that a third-party buyer or a seller you transact with will complete the transaction or is authorized to do so. If you experience a problem with any goods or services purchased from, or sold to, a third party using Digital Assets transferred from your Digital Asset Wallet, or if you have a dispute with such a third party, you should resolve the dispute directly with that third party.

**3**   **Fiat to DA Conversions**

**3.1**   When effecting a Fiat to DA Conversion, you are buying such Digital Asset from Crypto.com directly. In this capacity, Crypto.com will be dealing as a principal on its own account and will not be acting as an intermediary or marketplace between other buyers and sellers of Digital Asset.

**3.2**   For a Fiat to DA Conversion to be effected, you may effect a payment to Crypto.com via:

    **3.2.1**   your Eligible Card by providing your Eligible Card details, as well as the relevant amount to be converted, through the Crypto.com App. In such a case, you acknowledge that the transfer of fiat currency will depend on the performance of such transfer by your bank. Upon Crypto.com's receipt of confirmation that such Eligible Card transaction has been authorized, Crypto.com will credit the relevant amount of Digital Asset to your Digital Asset Wallet;

    **3.2.2**   a Third-Party Digital Wallet Application, if you already have an Eligible Card linked in such Third-Party Digital Wallet Application on your Enabled Device, through the Crypto.com App. Upon Crypto.com's successful confirmation and authentication of such payment card transaction through the applicable Third-Party Digital Wallet Application, Crypto.com will credit the relevant amount of Digital Asset to your Digital Asset Wallet;

    **3.2.3**   such other additional payment methods or payment instruments that Crypto.com may from time to time approve.

**3.3**   You agree that only Eligible Cards which are issued to and/or registered in your name will be used to effect payments to Crypto.com for Fiat to DA Conversions.

**3.4**   All Fiat to DA Conversions are irreversible and final once you have provided the relevant Instructions and/or payments to Crypto.com and you may not change, withdraw or

cancel the authorization to us, as applicable, to complete any pending or partially completed transactions. We shall not be liable for any partially completed transactions or delays in the processing of your instructions, or inability to process your instructions due to delay, failure or interruption in, or unavailability a Third-Party Digital Wallet Application. If your payment is not successful or if your payment instrument has insufficient funds, you authorize us, in our sole discretion, either to cancel the transaction or to debit your other payment instruments, including balances on your Fiat Wallet for any amount necessary to complete the transaction.

**3.5**     We reserve the right to cease any Third-Party Digital Wallet Application functionality enabled in the Crypto.com App at our sole discretion without notice to you.

**3.6**     We do not guarantee the availability of any exchange rate.

**3.7**     You shall be responsible for any fees charged by your bank or card issuer(s) (including any international transaction fees, card processing fees, cash advance fees and transfer to overseas service charges) relating to the purchase of Digital Assets with your Eligible Card. Some banks or card issuers may treat the purchasing of Digital Assets with credit card as cash advance which may incur a high fee or interest rate. If you are in doubt, please check with your bank or credit card issuer prior to the purchasing of any Digital Assets.

**3.8**     All sales involving a Fiat to DA Conversion transaction are final.

## ADDENDUM 3 – REWARDS PROGRAM AND MISSIONS

The full Terms and Conditions for the Rewards Program and Missions can be found at the following link: *https://crypto.com/document/rewards_program_rules* and are hereby incorporated herein by reference. **In the event that there is any conflict between the terms and conditions set forth therein and these Terms, including, but not limited to, provisions related to governing law and forum, arbitration, class waivers, and dispute resolution, then these Terms shall supersede and prevail.**

**ADDENDUM 4 – CRYPTO EARN**

The full Terms and Conditions for Crypto Earn can be found at the following link: *https://crypto.com/document/crypto_earn* and are hereby incorporated herein by reference. **In the event that there is any conflict between the terms and conditions set forth therein and these Terms, including, but not limited to, provisions related to governing law and forum, arbitration, class waivers, and dispute resolution, then these Terms shall supersede and prevail.**

## ADDENDUM 5 – CRYPTO.COM PAY

**1**   Crypto.com offers a payment solution within the Crypto.com App that enables users to send Digital Assets to other users and pay registered merchants with the supported Digital Asset of their choice ("**Crypto.com Pay**"). A receipt will be sent to your registered email address once a Crypto.com Pay transfer or purchase has been confirmed.

**2**   If you pay for a purchase via Crypto.com Pay with CRO, you may be entitled to receive a certain amount of CRO back ("**Pay Rewards**") via the Crypto.com App after you have successfully completed your qualifying purchase from a qualifying merchant. This entitlement and the corresponding amount of Pay Rewards may be contingent upon the merchant of record and the amount of CRO you have staked. Crypto.com reserves the right to not process a payment for any reason, refuse to pay any Pay Rewards or add, remove, or change the list of qualifying merchants.

**3**   All refunds will be made in CRO regardless of the type of Digital Asset you may have used to pay for your Crypto.com Pay purchase. All refunds will be subject to a handling fee of 10 CRO, unless otherwise stated. Refunds below 10 CRO or its equivalent will not be processed, except where required by law.

**4**   Crypto.com has the sole discretion in determining whether Pay Rewards shall be granted or whether you shall be eligible for any refund. If you believe that you are entitled to any unreceived Pay Rewards, or your transaction is otherwise eligible for a refund, please contact us at us at contact@crypto.com.

## ADDENDUM 6 – CRYPTO.COM GIFT CARDS

1   Crypto.com partners with third-party gift card providers ("**Gift Card Providers**") to offer gift cards, gift certificates, and other forms of prepaid access and stored value (each a "**Gift Card**") which you may purchase via the Crypto.com App. Prior to purchasing a Gift Card, please check and be aware of any expiry date, jurisdiction limitation and any disclaimers given by the issuer of the Gift Card ("**Gift Card Issuer**") or the Gift Card Providers. It is your responsibility to carefully read and observe all terms, conditions, and disclosures relating to your purchase and use of the Gift Card. Except where required by Applicable Laws, we are unable to refund a Gift Card under any circumstance that is not set forth herein. After you purchase a Gift Card, you will receive the redemption instructions via email at the email address that you last provided to us through appropriate channels and as evidenced in our records ("**Gift Card Redemption Instructions**"). You may then redeem the Gift Card in accordance with the Gift Card Redemption Instructions.

2   For a Gift Card that has been delivered to you via email or the Crypto.com App, unless we made a mistake by selling you a Gift Card that is not redeemable in the United States, we shall not be obliged to and will not refund to you the purchase value of the Gift Card. Please be aware that certain Gift Cards may only be redeemed within specified jurisdictions.

3   For a Gift Card that is unable to be delivered to you after payment has been received by us due to system failure or if the Gift Card is out of stock or unavailable at the time of the transaction, we shall refund to you the purchase value of the Gift Card in full.

4   Your order and use of the Gift Card is fulfilled and delivered by the Gift Card Providers, if you encounter any issues arising from the Gift Card, including the redemption of the Gift Card, we will assist you in contacting the Gift Card Provider to resolve the issues. Notwithstanding the foregoing, we shall not be responsible for the delivery or your use of or redemption of the Gift Card.

5   The risk of loss and title for Gift Cards pass to you upon the electronic transmission or transfer of the Gift Card to you or the designated recipient. You are solely responsible for safeguarding the Gift Card from unauthorized use and Crypto.com shall not be responsible if any Gift Card is lost, stolen, destroyed, or otherwise used without your permission. You agree that the Gift Card Provider and/or the Gift Card Issuer are responsible for any local requirements that relate to the respective Gift Card(s) that they provide, issue, or otherwise make available and that any discrepancy associated with such local requirements shall be disputed between you and the Gift Card Provider and/or Gift Card Issuer.

6   In the event that a Gift Card Provider or Gift Card Issuer assigns the benefit of its credits to a third party, is declared insolvent, or has appointed or arranged to appoint a receiver or trustee in bankruptcy to take charge of all or part of its property and is therefore unable to fulfil your use or redemption of the Gift Card, except as expressly stated herein or otherwise provided by any Applicable Laws, Crypto.com shall not be obliged to and will not refund to you the purchase value of the Gift Card and there is a chance that you are unable to recover any amount from the Gift Card Provider or Gift Card Issuer.

**ADDENDUM 7 – PAY AIRTIME**

1 Crypto.com offers a feature within the Crypto.com App that enables users to top up a prepaid phone number by purchasing mobile airtime with certain Digital Assets ("**Pay Airtime**"). Prior to purchasing Pay Airtime, please check and be aware of the restrictions and/or limitations regarding the purchase and use of Pay Airtime. It is your sole responsibility to carefully read and observe all such restrictions and/or limitations, we shall not be obliged to and will not offer any refund due to your negligence or oversight in observing any restrictions and/or limitations regarding the purchase or use of Pay Airtime. After you purchase Pay Airtime, you will receive a confirmation email at your last known email address in our records. The confirmation email acts as a record of the purchase and may include redemption instructions ("**Pay Airtime Redemption Instructions**") depending on your network operator. You may then redeem the Pay Airtime in accordance with the Pay Airtime Redemption Instructions.

2 It is your sole responsibility to ensure the accuracy and correctness of the necessary information to enable your use of Pay Airtime, including, but not limited to, the phone number, the country, the network operator and the amount of the top-up. We shall not be responsible for any consequences arising from the inaccuracy and incorrectness of any information provided by you.

3 For Pay Airtime that is unable to be redeemed after payment has been received by us due to our system failure, we shall refund to you the purchase value of the Pay Airtime in full.

4 The purchase and use of Pay Airtime is enabled by your network operator. If you encounter any issues arising from Pay Airtime including the activation of the Pay Airtime, we will use reasonable endeavors to assist you to contact your network operator to resolve the issues, and it is in the sole discretion of your network operator to determine how to correct the issues. With regards to such issues, we shall not be obliged to and will not refund to you the purchase value of the Pay Airtime.

**ADDENDUM 8 – E-SIGN DISCLOSURE AND CONSENT**

**1** **E-SIGN Consent to Use Electronic Records and Signature.**

    **1.1** We are legally required to provide you with certain disclosures and information about the use of electronic records and electronic signatures as well as the electronic delivery of disclosures, documents, notices, and other information.

**2** **Electronic Delivery of Disclosures and Notices.**

    **2.1** The following disclosures are required by the federal Electronic Signatures in Global and National Commerce Act ("E-SIGN") and related state laws. As part of the application process, including the establishment and ongoing maintenance of your Account, you have the option to receive all required documents and disclosures electronically. In order for you to take advantage of this service, you must first be provided with this E-SIGN Disclosure and Consent document. If, after reading this document carefully, you continue to access and use the Services, that constitutes your affirmative consent to receive disclosures, notices, and other documents and all changes to the disclosures, notices, etc. ("Records and Communications") electronically.

    **2.2** Your agreement permits us to communicate with you via email as well as to our general use of electronic records and electronic signatures in connection with the Services. You further agree that your computer or mobile device satisfies the hardware and software requirements specified below and that you have provided us with a current email address to which we may send electronic Records and Communications to you. If you do not consent to receiving Records and Communications or transacting via electronic records or signatures, you should not use the Services.

**3** **Types of Disclosures and Notices That Will be Provided in Electronic Form.**

    **3.1** You agree that we may provide you with Records and Communications in electronic format. Your consent to receive electronic Records and Communications includes, but is not limited to:

        **3.1.1** All legal and regulatory disclosures, documentation, contracts, Terms, policies, rules and other communications related to the Services, including updates thereto;

        **3.1.2** Notices or disclosures about a change in the terms concerning the Services;

        **3.1.3** Account details, history, transaction receipts, confirmation, and any other Account or transaction information;

        **3.1.4** Privacy policies and notices;

        **3.1.5** Other communications that we may include from time to time as part of our products and services.

**4** **Providing Records and Communications in Electronic Form.**

**4.1**   If you consent, we will provide Records and Communications to you in electronic form by (i) by email and hyperlinks included in emails, (ii) websites, (iii) mobile applications, (iv) mobile websites, or (v) SMS messages (including text messages).

**5**    **Hardware and Software Requirements.**

**5.1**   To receive an electronic copy of Records and Communications, you must have: (1) a personal computer or other device capable of accessing the internet; (2) internet access; (3) a valid email address and mobile device that can receive text messages; (4) a widely-used, recent-generation web browser (for example, Chrome or Internet Explorer); (5) a current version of a program that accurately reads and displays PDF files (such as Adobe Reader 10 or above); (6) a printer, hard drive or other storage capability.

**5.2**   Your access to this page verifies that your system/device/software meets these requirements listed above.

**6**    **Additional Mobile Technology Requirements.**

**6.1**   If you are accessing our site and any consents or disclosures electronically via a mobile device (such as a smartphone, tablet, and the like), in addition to the above requirements you must make sure that you have software on your mobile device that allows you to print and save any such consents or disclosures presented to you during the Application process. These applications can be found for most mobile devices in the devices' respective "app store". If you do not have these capabilities on your mobile device, please access our site through a device that provides these capabilities.

**7**    **Your enrollment in electronic services using our equipment.**

**7.1**   If you attempt to utilize any of our Services through one of our customer service representatives or using our Site or App, your Application may not be complete until you take additional action. We will advise you, at the time of your enrollment, of any additional action you must take. If you take the required action, it is an affirmation of your consent to use electronic records and signatures under the terms of this ESIGN Consent.

**8**    **How to Withdraw Consent.**

**8.1**   You may withdraw your consent to receive Records and Communications in electronic form by contacting us at [regulatory-inquiries@crypto.com](mailto:regulatory-inquiries@crypto.com). Withdrawing your consent will cancel your agreement to receive Records and Communications in an electronic format related to the Services and may impact your ability to use or access your Account. We reserve the right to cancel services provided to you if you withdraw your consent to receive Records and Communications in electronic form.

**8.2**   Any withdrawal of your consent to receive electronic Records and Communications will be effective only after we have a reasonable period of time to process your withdrawal. You will not be charged a fee for withdrawing your consent to receive electronic Records and Communications.

**9**    **How to Update Your Information.**

    **9.1**    You are responsible to provide us with a true, accurate and complete email address, contact and other information related to this E-SIGN Disclosure and Consent, and to maintain and update promptly any changes in that information. You can update your information through the App and/or Site.

**10**    **Requesting Paper Copies.**

    **10.1**    We will not send a paper copy of any Records and Communications to you unless you request it or we otherwise deem it appropriate to do so. You can obtain a paper copy of your electronic Records and Communications by printing it yourself or by requesting that we mail you a paper copy. To request a paper copy of any Records and Communications be mailed to you, contact us at [regulatory-inquiries@crypto.com](mailto:regulatory-inquiries@crypto.com). Please be sure to state that you are requesting a paper copy of particular Records and Communications. You may be charged a fee for such a request.

**11**    **Records and Communications in Writing.**

    **11.1**    All Records and Communications in electronic or paper format from us to you will be considered "in writing." You should print or download for your records a copy of this E-SIGN Disclosure and Consent and any other Records and Communications important to you.

**12**    **Termination/Changes.**

    **12.1**    We reserve the right, in our sole discretion, to discontinue the provision of electronic Records and Communications, or to terminate or change the terms and conditions on which we provide electronic Records and Communications. We will provide you with notice of any such termination or change as required by law.