UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22514-CV-WILLIAMS

FORIS DAX, INC.,

   Plaintiff,

v.

JAMES DEUTERO MCJUNKINS, JR.,

   Defendant.
   _____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 16) ("***Report***") on Plaintiff's Renewed Motion for Default Final Judgment Against Defendant James Deutero McJunkins, Jr. ("***Defendant***") (DE 14) ("***Motion***").  In the Report, Judge Reid recommends that the Motion be granted.  (DE 16 at 1.)  Specifically, Judge Red recommends that the arbitration award in favor of Plaintiff should be confirmed and that the Court should enter a final judgment against Defendant in the amount of $76,391.46.  (*Id.* at 6–7.)  No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

   1.   Judge Reid's Report (DE 16) is **AFFIRMED AND ADOPTED**.

   2.   Plaintiffs' Motion for Default Final Judgment (DE 14) is **GRANTED.**

   3.   The Court will separately issue a default final judgment.

   4.   This case is **CLOSED**.  All hearings and deadlines are **CANCELED**.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>8th</u> day of July, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE